**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **M.L., and M.L., individually and on behalf of their minor child, E.L.,** | : | |
| **Plaintiffs,** | : | **1:25-cv-10569 (ALC) (GS)** |
| **-against-** | : | **ORDER TERMINATING CASE** |
| **NEW YORK CITY DEPARTMENT OF EDUCATION,** | : | |
| **Defendant.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

The parties filed a Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii). Based upon that Stipulation, this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated:** July 9, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**